[Hillsborough, June, 1884.]

PRESTON, *Adm'r, v.* CUTTER, *Ex'r, Ap't.*

PRESTON, *Adm'r, v.* MONROE *& a., Ap'ts.*

*G. B. French* and *Jeremiah Smith*, for the plaintiff.

*E. S. & H. C. Cutter*, for the defendants.

SMITH, J. We decline to express any opinion on the case as now presented. The facts agreed are so meagre and indefinite that it is apparent a subsequent trial of substantially the whole case must be had. The facts will be found at the trial term.

All concurred.